| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |
| **Date:** | Thursday, August 19, 2021 12:15:26 PM |

CASE: 3:20-cv-02086

DETAILS: Case transferred from California Southern has been opened in District of Massachusetts as case 1:21-cv-11360, filed 08/19/2021.